**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 20-cr-131-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    2.  JUAN CARLOS CRUZMANCHA,

    Defendant.

---

### ENTRYOF APPEARANCE

---

    Peter Hedeen, of the Law Office of Peter Hedeen LLC, hereby enters his appearance as CJA counsel on behalf of the Defendant, Juan Carlos Cruz Mancha.

    Dated this Tuesday, April 5, 2022.

    Respectfully submitted,

    \_\_S/Peter Hedeen\_\_\_
    Peter Hedeen
    2373 Central Park Blvd.
    Suite 100
    Denver, CO 80238
    720-979-0927
    303-803-1501  Fax

## CERTIFICATE OF MAILING

I hereby certify that on Tuesday, April 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

J.D. Rowell, Assistant United States Attorney
jd.rowell@usdoj.gov

Andrea Lee Surratt, Assistant United States Attorney
andrea.surratt.rowell@usdoj.gov


And, I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Juan Carlos Cruz Mancha (via US Mail)


        __S/Peter Hedeen___
        Peter Hedeen
        2373 Central Park Blvd.
        Suite 100
        Denver, CO 80238
        720-979-0927
        303-803-1501  Fax